EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
M. ANTHONY BROWN (Cal. Bar No. 243848)
Assistant United States Attorney
    Ronald Reagan Federal Bldg & U.S. Courthouse
    411 West 4th Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3505
    Facsimile: (714) 338-3708
    E-mail:   Anthony.Brown@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 15-00019-DOC |
|---|---|
| Plaintiff, | <u>ORDER FOR EXAMINATION REGARDING RESTORATION OF DEFENDANT'S MENTAL COMPETENCY PURSUANT TO 18 U.S.C. § 4241</u> [20] |
| v. | |
| JAMES WILLIAM THURMAN TANNER, | |
| Defendant. | |

On September 9, 2015, defendant JAMES WILLIAM THURMAN TANNER ("defendant") filed under seal a motion requesting that the Court hold a hearing to determine defendant's competency to stand trial under 18 U.S.C. § 4241. On September 28, 2015, the Court held a hearing on defendant's motion. Based on defendant's motion, including the attached report of Dr. Stephen C. Phillips, J.D., Psy.D., and the arguments of the parties at the hearing, the Court finds by a preponderance of the evidence that there is reasonable cause to believe that defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the

extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly, IT IS ORDERED that:

1. Defendant shall be committed to the custody of the Attorney General.

2. The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the proceedings to go forward.

3. No later than four months from the day the defendant is received into custody by the Attorney General, a member of the staff of the facility to which the defendant has been committed by the Attorney General shall submit to the Court and the parties a report regarding:

    a. Whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the proceedings to go forward; and

    b. Whether the staff of the facility requires additional time to treat the defendant's mental condition to the point where it is so improved that trial may proceed.

4. **The status conference set for October 13, 2015 at 1:30 p.m. and Trial date set for October 27, 2015 at 8:30 a.m. are VACATED.**

A status conference is set for 3:00 PM on February 1, 2016.

IT IS SO ORDERED.

October 1, 2015
DATE

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

cc USMS